# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OFALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:23-mj-00450-MMS |
| vs. | |
| BENJAMIN ROUNDY | |

### AFFIDAVIT IN SUPPORT OF
### A CRIMINAL COMPLAINT

I, KRISTA LANG being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND SPECIAL AGENT BACKGROUND

1.      I make this affidavit in support of an application for an arrest warrant and criminal complaint charging BENJAMIN MICHEL ROUNDY with violations of 18 U.S.C. §§ 2422(b) Attempted Coercion and Enticement of a Minor; 18 U.S.C. § 2251(a) Attempted Production of Child Pornography, and 18 U.S.C. § 2252A(a)(5)(b) and (7)(b)(2) Possession of Child Pornography depicting minors who have not attained 12 years of age.

2.      The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter and my training and experience.  Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 05/13/2018. As a Special Agent for the FBI, I am currently assigned to the Anchorage FBI Violent Crimes squad, where I have primarily focused on child exploitation,

3:23-mj-00450-MMS                                  1

kidnapping, and human trafficking investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes.

## **PROBABLE CAUSE – 2018 CYBERTIP**

4.     On 01/30/2018 Anchorage FBI received five CyberTipLine Reports from the National Center for Missing and Exploited Children (NCMEC). The CyberTips were submitted to NCMEC by Vid.me which was a video hosting service that is no longer active. Each CyberTip identified one video depicting child pornography being uploaded to a Vid.me account created by a user with the email address alekzander.marko@gmail.com and associated Vid.me account Alexzandr_Marko. The following videos were uploaded by this user:

> CyberTip Report 22360872 = Black_incest_2015.mp4 (uploaded on 07/13/2017 using AT& Wireless IP address 107.77.205.187)

> CyberTip Report 22360935 = 2016.11.07 10 yo show.mp4 (uploaded on 07/13/2017 using AT& Wireless IP address 107.77.205.187)

> CyberTip Report 22360936 = 15yo liam and 14yo friend jerk each other (SC2012).mp4 (uploaded on 07/13/2017 using AT& Wireless IP address 107.77.205.187)

> CyberTip Report 22360973 = 5yo boy anal.mp4 (uploaded on 07/13/2017 using AT& Wireless IP address 107.77.205.187)

> CyberTip Report 22360871 = 455e88ad-ceed-49d9-9002-1a8faeca66b8.mp4 (uploaded on 07/13/2017 using AT& Wireless IP address 107.77.205.187)

5.     These videos have been viewed by FBI and depict minors engaged in sexually explicit conduct. The content of the videos is consistent with the descriptive titles.

6.     Based on the information provided in the 2018 Vid.me CyberTipLine Reports, an administrative subpoena was served to Google by NCMEC for information relating to the email

address alekzander.marko@gmail.com. Google provided the name on the account was Alex Marko in addition to providing IPs associated with the account. IP 66.58.198.85 was associated with the account login and resolved back to GCI Communications in Anchorage, Alaska.

7.     An administrative subpoena was served on GCI communications for the login IP address 66.58.198.85 and GCI provided the account was registered to the SUBJECT, later identified as BENJAMIN ROUNDY, then residing at ███ Caribou St., ███ Eagle River, Alaska 99577, telephone number 907-854-███.

8.     In approximately March of 2018 FBI Anchorage obtained State of Alaska Permanent Fund Division (PFD) records for ███ Caribou Street ███ Eagle River, AK 99577. According to the 2018 PFD application the SUBJECT, wife and children were registered to the residence.

9.     Between the generation of the NCMEC CYBERTIP in 2018 and 2020, the SUBJECT moved residences and the investigation was suspended in order to prioritize other active matters.

## PROBABLE CAUSE – 2023 UNDERCOVER OPERATION

10.     On July 7, 2023, FBI began communicating in an undercover capacity with an individual using the moniker **captain_awesome_ak** who was later identified as the SUBJECT, BENJAMIN ROUNDY as described in additional detail below.

11.     On July 12, 2023, FBI Anchorage served an administrative subpoena on a social media application (APP1) for information associated with the username **captain_awesome_ak**. On July 14, 2023, APP1 provided the account was registered to email account benroundy@outlook.com and provided IP address **66.58.241.128** from session logs.

12.     On July 24, 2023, FBI Anchorage served an administrative subpoena on General Communication, Inc. (GCI) for IP address **66.58.241.128**. On July 26, 2023 GCI responded and provided the account was registered to the SUBJECT, BENJAMIN ROUNDY with email account benroundy@yahoo.com , and the physical addresses were listed as both his address at ███ Lois Dr ███ Anchorage, AK 99517 as well as his former residence at ███ Caribou St. ███ Eagle River, AK 99577; identified during the course of the 2018 NCMEC inquiry. A billing address of PO Box ███ Anchorage, Alaska 99520 was also associated with the account.

13.     On July 26, 2023, FBI Anchorage obtained PFD records for the SUBJECT. According to the 2023 PFD application, on March 20, 2023, ROUNDY provided his physical address as ███ Lois Drive ██, Anchorage, AK 99517.

## UNDERCOVER CHATS WITH ROUNDY

14.     On or around July 7, 2023, an agent of the FBI, Anchorage Division, acting in an undercover capacity as a 13-year-old female (MINOR), made a post in a public group chat stating "Stuck at my dad's for the summer. So bored…" on APP1 known to law enforcement to be utilized by individuals seeking sexual encounters with minors.

15.     The SUBJECT responded directly to the MINOR in a private chat within APP1. MINOR disclosed to the subject they were a 13-year-old female living with their father in Anchorage, Alaska. On or around July 17, 2023, SUBJECT stated his APP1 wasn't working correctly, and asked MINOR if she had a messaging applicant known to law enforcement to be utilized by individuals seeking sexual encounters with minors (APP2).

16.     MINOR advised SUBJECT they did not have the app and the conversation was subsequently moved to text messaging. SUBJECT provided the phone number 406-643-███ .

Telephone number 406-643-■■■ is believed to be a voice over internet protocol (VoIP) number generated by the SUBJECT contemporaneous to his chats with MINOR.

17.      From July 7 to August 4, 2023, SUBJECT and MINOR discussed multiple topics including explicit direction by SUBJECT for MINOR to send sexually explicit content (none was sent by MINOR), meeting each other in-person, and the potential for sexual interactions if an in-person meet occurred. Some examples of these chats are detailed below.

18.      SUBJECT asks MINOR what they want to talk about, MINOR states "I'll talk about whatever u want to talk about" to which SUBJECT replies "Lol. You shouldn't tell a guy you'll talk about what he wants. Do you know what guys think about 90% of the day??" to which MINOR replies "well no bc I am not a guy lol I am a 13-year-old girl."

//

//

//

//

//

//

//

//

//

//

//

//

//



19. On or around July 17, 2023, SUBJECT stated "I've actually always wanted to have sex with someone your age"

//

//

//

//

//

//

//



20.    On or around July 18, 2023, SUBJECT tells MINOR what exactly he would do with her:

//





21.     On July 20, 2023, SUBJECT asks MINOR if they would send a photo. MINOR said, "Will u send me one of you then?" to which SUBJECT replied "I would, but I am also hesitant. I have a lot to lose if anyone found out about me." MINOR replied "Wdym?" to which SUBJECT replied "well, you are a minor. I could get in big trouble. If you don't want to chat anymore because of it, I guess I understand." MINOR replied, "Oh I don't want to get u in trouble."

//

//

//



Will u send me one of u then?

I would, but I am also hesitant. I have a lot to lose if anyone found out about me. 🫤

Wdym?

Well, you are a minor. I could get in big trouble.

If you don't want to chat anymore because of it, i guess i understand

Oh I don't want to get u in trouble

I want to keep chatting with you, and I will eventually send a picture, I'm just not ready to send one now

I don't tell anyone we talk but I understand u don't wanna talk cause I'm too young. Ppl ghost

Text message

22.     Later on July 20, 2023, SUBJECT asks if MINOR's real name is ██████ to which MINOR responds "Ya! My name is really ████ lol, What's urs?" SUBJECT replies "Aleks." The identifier Aleks is the same referenced in paragraph 6 and is consistent with those used by the SUBJECT as reported by NCMEC in 2018.



23.     On July 24, 2023, SUBJECT asks MINOR "who do you want your first time to be with?" MINOR replies "IDK someone who really likes me" to which SUBJECT states "That's important. Someone patient, too, probably" and MINOR responds by saying "Ya I don't want to be scared either" SUBJECT asks, "Scared of what?" and MINOR replies with "Sex" The SUBJECT then responds "Oh, yeah, for sure. If I was that lucky guy, you wouldn't be."

3:23-mj-00450-MMS                          11



24.     On July 26, 2023, SUBJECT tells MINOR "I love taking a hot shower with someone, getting them wet, then soaping up a soft washcloth and slowly washing every inch of their body. Something about that just gets me going, you know? Have you ever taken a shower with someone else?" MINOR replies "No. Have u?" SUBJECT replies "Yes. A few times Does something like that interest you?"

//

//

//

//



I love taking a hot shower with someone, getting them wet, then soaping up a soft washcloth and slowly washing every inch of their body. Something about that just gets me going, you know?

Have you ever taken a shower with someone else?

No. Have u?

Yes. A few times

Does something like that interest you?

It does sound relaxing tbh

It really is. And besides the physical relaxation, the emotional relaxation of feeling cared for is amazing.

Ya but I ___ think any boys wanna do that with me

Text message

25.     On July 27, 2023, SUBJECT discusses meeting with MINOR by telling MINOR "Ive decided to take tomorrow off of work, so I'll be free all day!! MINOR replies You're off tomorrow? Nice" SUBJECT then replies "Yeah! I've honestly been thinking about you all afternoon! I am imagining you from head to toe!!

//

//

//

//

//



26. On Tuesday August 1, 2023, SUBJECT tells MINOR they have to be cautious about meeting "Cuz I don't want to get in trouble, and there are a lot of people out there pretending to be younger to trick people like me." MINOR asks "what do you mean" to which SUBJECT replies "Most people think that people like me (older guys that chat with younger girls) should go to jail, so they pretend to be younger girls to trick the guy, so they can catch him and send him to prison."

//

//

//

//

//



> Ya I thought that to y r ucautios ?

Cuz I don't want to get in trouble, and there are a lot of people out there pretending to be younger to trick people like me.

> What do u mean

Most people think that people like me (older guys that chat with younger girls) should go to jail, so they pretend to be younger girls to trick the guy, so they can catch him and send him to prison.

> Prison sounds scary

Yeah. Let's talk about something else, lol

> Lol ya

Are you going ⬇ igh school next year?

Case 3:23-cr-00077-TMB-MMS   Document 1-1   Filed 08/07/23   Page 15 of 27

27.    On Tuesday August 1, 2023, SUBJECT sent MINOR a partial photo of his face:



28.    On August 3, 2023, SUBJECT tells MINOR "I like you as a person, And that means I like all of you, chubby or thin, tall or short, big boobs or small boobs, regardless" MINOR replies "I wish I was confident like u" to which SUBJECT replies "well, I think it will come with age and experience. I've met women with absolutely perfect bodies that were complete bitches, and Ive met obese women that are the kindest and best people I've ever known." MINOR replies "ya lol maybe next year when I turn 14! But thanks ur nice" and SUBJECT goes on to say "I really want to see and meet you now. I want to help you be more confident in yourself"

//

//

3:23-mj-00450-MMS                    16



29.     On August 3, 2023, MINOR asks what would happen if they met and SUBJECT

states "First, we would meet in a public place, like a park. We'd sit on a bench and chat for a bit.

If and when we both felt comfortable, we could go to my vehicle and drive to my house. We'd

chat some more, maybe watch a movie or something to help relax. When it felt right, I would kiss

you. Eventually, I would get you in the shower and I'd wash your entire body. I'd dry you off and

you would lay on the bed and I would rub lotion all over your body, back first, then front. What

do you think" MINOR replies "Wow ok" SUBJECT asks "is that too much ?" and MINOR replies

"Is it too much for u?" SUBJECT goes on to ask MINOR "would you you WANT to lose your

virginity?"



30.     On August 3, 2023, SUBJECT continues to ask MINOR for photos. SUBJECT asks

MINOR "will you send one last pic today before your dad gets home?" the MINOR replies "IDK

of what?" and SUBJECT replies it would be really hot if you put your hand on your private and

took a picture of that. So your hand is covering it." The MINOR replies "But u still might see"

SUBJECT states "it's ok" The MINOR replies "lol ok Ive never sent any of my privates" and the

SUBJECT replies "well, you don't have to, but it would be nice" The conversation continues, and

the SUBJECT further tells the MINOR "just cover your vagina with you hand and take a picture of your waist and upper legs. Oh, the anticipation." MINOR does not send a photo but tells SUBJECT "I tried but you would see me naked" and SUBJECT replies "That's ok I promise I'll love it."



31.     On August 3, 2023, SUBJECT discusses meeting with MINOR and asks where MINOR lives "What street do you live on?" MINOR replies "Near Muldoon" SUBJECT then asks, "But what Street" and MINOR replies "kinda embarassin but Glencaren Court." Glencaren court is a modular home community adjacent to Muldoon Road in Anchorage.

32.     As discussed in more detail below, FBI surveillance later observed the SUBJECT prowling Glencaren Court in an apparent attempt to find the purported MINOR prior to any agreement by the MINOR to meet with the SUBJECT.



33.     On August 4, 2023, SUBJECT messages MINOR at approximately 12:32pm about meeting in-person "Also when do you think you would be able to meet?" MINOR replies "idk today?"   to which SUBJECT replies at approximately 12:37pm "Yeah. I should be getting off work in the next little bit." SUBJECT requests they meet at 2:00pm at the Carr's Grocery store off Muldoon. MINOR agrees to meet but later tells SUBJECT "I am really scared and nervous. I don't want to get caught" and the SUBJECT replies "do you want to call it off then?" to which MINOR states "IDK ya im really sorry."



34.     On August 4, 2023, at approximately 12:46pm FBI Anchorage surveillance observed SUBJECT in SUBJECT VEHICLE near the Glencaren Court off Muldoon, in the area MINOR had provided as their area of residence on August 3, 2023. After the SUBJECT drove thru the neighborhood, SUBJECT was observed going into Fred Meyer Grocery store where he was observed purchasing personal lubricant, a hat and t-shirt. SUBJECT then spent time cleaning out his truck at Fred Meyer before changing into the T-shirt and hat he obtained with the lubricant. The hat and t-shirt were later recovered in the search of the SUBJECT's residence, and the personal lubricant was found in his vehicle along with condoms.

35.     Given operational concerns, the meet did not occur at 2:00 pm on August 4, 2023, as the SUBJECT had requested. At this time, Anchorage FBI was in the process securing a search

3:23-mj-00450-MMS                    21

warrant for the SUBJECT's person, vehicle, and residence that was granted later that same evening in SW 3:23-mj-448-MMS. In response to MINOR calling off the meet SUBJECT replied, "That's OK, I was getting kind of suspicious anyway." MINOR replied, "Im just really scared Bcuz my dad." SUBJECT then asked, "since we couldn't meet, can I at least see a picture of you?" MINOR said she may be able to send a photo at a later time, when she was at her friends (fictional) house (MINOR 2).

36.     At or around 7:45pm on the evening of Friday August 4, 2023 MINOR sent a non-explicit image of her and MINOR 2 to the SUBJECT and asked if subject would send a photo in return, To which the SUBJECT replied "I'm sorry. I just can't. But you are both absolutely gorgeous!."

37.     The SUBJECT continues to engage in conversation with the MINOR. MINOR eventually tells SUBJECT "ugh I am bored I'm gonna walk home soon" to which SUBJECT asks "how far of a walk is it? Why do you have to walk?" MINOR replies "Well may dad isn't home to pick me up and MINOR 2 mom just went somewhere" At or around 9:00pm on Friday August, 2023 SUBJECT asks "Where does MINOR 2 live?" MINOR replies "On Lionheart street. Y?" SUBJECT replies "Just curious how far it is."

//

//

//

//

//

//

//



**ARREST AND SEARCH OF THE SUBJECT, HIS RESIDENCE VEHICLE**

38.　　At this point FBI was preparing to execute the search of the SUBJECT and his vehicle at the SUBJECT's residence pursuant to the warrant which was granted by the court at approximately 9:00pm, but the SUBJECT was observed by FBI surveillance leaving his own home shortly after receiving the text from MINOR with the reference to the fictional Lionheart address of MINOR 2.

39.　　SUBJECT was located on Boniface Parkway, in the area of the fictional address of MINOR 2. SUBJECT was seen in his vehicle on East 4th Avenue near Boniface Parkway. At the same time that SUBJECT was observed parked on 4th Avenue in the area of Boniface Parkway, he text messaged MINOR "Where are you right now?" MINOR replied, "just getting ready to

leave MINOR 2." SUBJECT then replied "Ok.. Walk to Boniface, and turn right" MINOR replied

"Ok? Leaving in a minute" SUBJECT then asked MINOR to "tell me when you're on Boniface."



40.     MINOR did not respond immediately, and after some period of time elapsed the

SUBJECT left the area and backed into the parking lot of a nearby liquor store where he could see

the street MINOR 2 lived on.  At this point FBI made contact to execute the search warrants at or

around 10:00pm.

<strong>EXECUTION OF THE SEARCH WARRANT</strong>

41.     The SUBJECT was compliant when contacted by FBI.  He was then transported

along with his vehicle to FBI Anchorage for the secure execution of the search of his person and

vehicle as authorized by the warrant.  The search of his vehicle resulted in the discovery of his

cellular phone, an **Apple iPhone 14 ProMax** (SUBJECT PHONE).  The search of the SUBJECT

VEHICLE also resulted in the discovery of a new and unopened bottle of personal lubricant consistent with the observations of FBI surveillance in paragraph 34 and condoms.

42.    In a recorded contact at FBI, the SUBJECT declined to be interviewed following his advisal of rights.  The SUBJECT was provided with a copy of the warrant authorizing the search of his person, vehicle and residence for evidence of child exploitation offenses. SUBJECT was advised the search warrant also authorized the search of any phones, electronics or other media storage devices. Upon, being advised of the search warrant, SUBJECT was erroneously asked for his passcode or biometrics to unlock his SUBJECT PHONE, rather than be informed that the FBI had the authority to physically compel biometric signature to unlock the SUBJECT PHONE. At that point, the SUBJECT provided his passcode to unlock the SUBJECT PHONE.

43.    At that point the U.S. Attorney's Office was immediately informed of the fact that the SUBJECT was given the option to provide a passcode in lieu of compelled biometrics, and the FBI was advised to only search the SUBJECT PHONE within the confines of what would be available through biometric unlock only.  It was subsequently confirmed that the SUBJECT PHONE could be unlocked and accessed through the use of the SUBJECT's biometric signature (facial recognition) in lieu of the passcode that he provided.

44.    An initial manual review of the SUBJECT PHONE revealed the existence of two folders labeled HIDDEN and DELETED within the Apple Photo Application on the SUBJECT PHONE. The videos and images contained within the HIDDEN and DELETED folders could only be accessed through the use of a biometric signature, that is, not secured with a passcode.

45.    At that time, the FBI displayed the SUBJECT PHONE in front of the SUBJECT's face as authorized by the warrant in order to access those HIDDEN and DELETED folders on the SUBJECT PHONE.

46.     An initial manual review of those folders revealed approximately 2152 photos and 223 videos in the biometrically secured HIDDEN folder on the SUBJECT PHONE. Based on an initial, preliminary, manual review of that folder it appears that most of the images and videos depict sexually explicit conduct involving pubescent and pre-pubescent minors as young as toddlers. A number of images and videos depict the sexually explicit conduct involving sexual intercourse, masturbation, sadistic or masochistic abuse and the lascivious exhibition of the child's genitals, breast, or pubic area. This manual review of the HIDDEN and DELETED biometrically secured folders on the SUBJECT PHONE was video recorded.

47.     In addition to the images and videos of child pornography found on the SUBJECT PHONE, the FBI also discovered that the SUBJECT had saved the APP1 chats with MINOR in the biometrically locked folder that also contained pictures of the SUBJECT in various stages of undress and child pornography.

48.     At this point, the FBI was authorized by the U.S. Attorney's Office to conduct a probable cause arrest of the SUBJECT for violations of 18 U.S.C. § 2422(b) (attempted coercion and enticement); 18 U.S.C. § 2251 (attempted production of child pornography); and 18 U.S.C. § 2252A(b) (possession of child pornography involving minors under 12 years of age).

49.     The FBI is continuing to actively investigate whether the SUBJECT had hands-on contact with any of the minor children depicted in the images and videos found on the SUBJECT PHONE.

50.     A number of digital devices were seized during the search of the SUBJECT RESIDENCE which are still pending review. As referenced above, the hat and t-shirt purchased by the SUBJECT before the planned Friday afternoon meeting with the MINOR were also recovered.

Case 3:23-cr-00077-TMB-MMS   Document 1-1   Filed 08/07/23   Page 26 of 27

*Summary of Probable Cause*

51.     Based upon the information above, your affiant submits that there is probable cause to believe that the SUBJECT, BENJAMIN ROUNDY violated 18 U.S.C. § 2422(b) (attempted enticement and coercion), 18 U.S.C. § 2251 (attempted production of child pornography), and 18 U.S.C. § 2252A (possession of child pornography).

_____
KRISTA LANG
Special Agent, FBI
Child Exploitation & Human Trafficking
Task Force

Subscribed and sworn to Fed. R. Cri. P. 4.1 and 41(d)(3) on this __7th__ day of August 2023

_____
HON. MATTHEW M. SCOBLE
Chief United States Magistrate Judge
District of Alaska
Anchorage, Alaska