# Exhibit A

Allocution Letter

Dear Judge Burgess,

As you prepare to sentence me in my criminal case, I want to take the opportunity to offer you an insight into who I am, my retrospection of my offenses, and my plan for the future. If I may, I would like to share some of my personal history. This is not to make any excuses for my behavior, but to help you to perhaps understand my mindframe and to make some sense of my motivations.

The best way that I can describe my childhood would be dichotomous. I have many pleasant memories, but I also have some memories that I would rather forget. My happy memories include frequent family meals, family game nights, camping trips, and holiday celebrations. I also have traumatic memories of witnessing and being a victim of physical and emotional abuse. This included things like yelling, name-calling, slapping, hitting with hands or objects, burning fingers, throwing objects, and verbal degradation. I remember frequently feeling alone and neglected, struggling for attention, and rarely being given praise.

Growing up, religious worship and church attendance played an important role in my family. Although this contributed to my virtues in many ways, I also see it as a factor behind the discord in my public and private characters, as it helped to condition me for a life of duality. As I saw discrepancies in the behaviors of family members and acquaintances depending on whether they were at church or at home, I learned the value of hypocrisy and the necessity of having a "secret self."

Ever since I was young, I have had difficulty developing a healthy sexuality. There has always existed in me a conflict of emotions and feelings in that regard. I was exposed to sexuality at a fairly young age through mainstream media in our home. While I would classify my interests at the time as normal adolescent curiosity, two factors have contributed to my inability to reconcile my sexuality with a healthy life. First, I was raised in a faith that values sexual purity above almost everything else, and second, I realized early that my sexuality was unorthodox. The former factor created an environment that precluded the resolution of the dilemmas posed by the latter. Within my familial religion, the cultural emphasis on abstinence from all things sexual extended so far as to render education, explanations, and even discussion of anything sexual in nature as essentially quasi-taboo. Thus, when I came to realize that my sexual inclinations were "abnormal," including attraction to males as well as females, I didn't feel there was anyone with whom I could discuss my struggles. Consequently, I took the only path visible to me at the time, which was to summarily repress any nonconforming thought that entered my conscious mind. The end result of this was that I never discussed or processed my feelings, and so I never developed healthy boundaries. Although I don't think that my

adolescent sexual behaviors were uncommon or abnormal, they definitely carried with them feelings of guilt and shame, and created a personal need for secrecy that set the tone for sexuality in my adult life.

Repression and failure to address or reconcile the sexual conflict within me continued into adulthood. Cultural pressures induced me to marry at a relatively young age, and for the next seven or so years, my life was a pendulum swinging between strict religious conformity and indulgence in behaviors that, while considered normal and socially acceptable, were nevertheless viewed as taboo within the tenets of my spiritual beliefs at the time.

In 2010, I moved to Alaska with my family, consisting at the time of my then-wife and our two eldest children. I saw this move as an opportunity to make additional significant changes in my life. I began by trying to bring my actions in line with the dogma of my church. In doing so, I came to acknowledge that some of my behaviors were progressively addictive, and I commenced attending recovery meetings for sex addicts. I also began to recognize the repressed parts of me (although the recognition itself did extremely little to address or resolve the incongruity within me). Over the next five or six years, I continued to attend recovery meetings, to seek support from other addicts through fellowship at retreats and other social interactions, and I participated in individual and group therapy to treat my addictive behaviors. For a while, things seemed to improve, but a significant element, as yet still repressed because of shame and embarrassment, lingered.

In 2014 and again in 2015, my family and I experienced deaths of loved ones. Each of these losses affected me in a different way, and even though neither related directly to my addictions or inner demons, both of them stirred up extremely powerful emotions with which I had immense struggles coping. In an attempt to deal with these negative emotions, I intentionally sought out the comfort that my addictions brought me. Soon, the pendulum was swinging in full force again.

It was during this period of my life that I had a major faith crisis. I am not sure of the extent to which this was related to the losses that I had experienced, but all the same I began to examine the beliefs that I had been taught all my life and attempted to reconcile them with my current worldview. After reflection, I decided to discard many of the beliefs that I had previously held and I rejected the religion that had dominated my life for so long and I discovered a newfound personal freedom. As is often the case, however, my exploration of this freedom progressed too far too fast. A combination of this overcompensation, a lack of healthy sexual boundaries, and seeking the comfort I found in my addictions caused a downward spiral that resulted in a divorce, loss of custody of my children, and eventually to me crossing legal lines and committing the offenses for which I am now incarcerated.

While I was in the throes of my addiction, I had little care or consideration for anyone but myself, and especially not for any of the victims of my actions. Indeed, my selfish rationalization didn't even see them as victims, going so far as to consider them nonentities. These were lies I told myself to be able to live with my actions. As I am brought to a reckoning, I can see more clearly the lies I convinced myself to believe. I am coming to see that not only were there victims, but there are many more victims than I could have ever let myself see before. I realize now that my victims include people that I've interacted with online, countless subjects of media whom I will never know, and even society as a whole. As shameful and painful as it is to admit, my thoughtless actions have immense impacts on my many victims. For my direct victims, my actions have severe emotional consequences. My victims feel used, lied to, hurt, and manipulated. As a result, they will likely have difficulty creating healthy relationships in the future, they will develop false and distorted views of reality, and will need help to heal and cope emotionally. Many might develop physical health issues, and the damage from my actions may lead some to self-destructive behaviors, including suicide. In a more general sense, the impacts of my actions spread farther than I know. My actions work only to perpetuate the cycle of abuse, leading to future victims and more hurt. My actions cause fear, anger, and mistrust in others, and contribute to a society where parents have to worry about their children, and find hard to see the good in those around them. My actions benefit no one and contribute to a general decline in our society.

As I contemplate the impacts of my actions, I am compelled to acknowledge the consequences of my actions and to take accountability for them. I have spent countless hours and numerous sleepless nights considering the consequences. No matter how I look at it, my life will never be the same. The lives of the people closest to me will never be the same. I took things for granted before that I will never be able to take for granted again. Apart from the lack of freedom that I've experienced over the past year, and the years that I am still facing, the consequences that I have already had to bear should have been enough to deter me, had I but taken the time to consider them and been honest with myself. I lost a good, steady career with great benefits, and have irreparably damaged my future employment prospects. I have lost most of my friends and have destroyed relationships that were very important to me. I have experienced shame, disappointment, and embarassment, and have caused them in my family and friends. The most devastating consequence that I have brought upon myself is an impaired relationship with my own children, whom I love very much. I have lost opportunities to spend time with, support, and be there for them.

I am truly sorry for my actions, and not just because of the consequences they bring. An unfortunate

element of my specific offenses is absolute inability to effectively apologize and make any sort of direct restitution to those whose lives I affected for the worse. Since such amends are impossible, I must find ways to show those who know me, and society in general, that my contrition is sincere and that I am willing to atone for my crimes. Since contact with any victims or potential victims carries too great a risk, I will find ways to safely give of my time and means for the benefit of society in general and on behalf of vulnerable persons. Another action that I can undertake is to support other addicts and people like me who are seeking help.

I don't have the ability to change what I have done. I realize how trite it sounds, but I hope that you believe me when I say that I would change it if I could. I wish that I could go back to my younger self, talk to him, and convince him to get the help that he needs before it's too late. Since that path is not possible, the next best thing that I can do is to work on changing my present self. My only option is to strive to make the future better. As I contemplate a better future for myself, and consequently for the society of which I'm a part, I'm compelled to devise a plan, lest by failing to plan and to act, I remain the person that needs to be incarcerated for his own good and for the protection of society as a whole.

As I create an outline for my plan, I have to view each step with a singular end goal in mind: to become a healthy, positive, contributing member of society. Everything I do must serve this purpose. Since a period of incarceration is inevitable, the first step in my plan is to be sent to a Bureau of Prisons facility where it will be possible for me to get the specific help that I need to accomplish this goal. It is my hope that with your recommendation, I can be designated to a S.O.M.P., such as Inglewood in Colorado. Once I am at such a facility, it is my intention to participate in any program or treatment that is available that will help me change myself for the better and put into practice the actions that will help me cope and contribute to a healthy society. Additionally, it is part of my plan to participate in Sexaholics Anonymous, or another recovery program for sex addicts. I also plan on reading and studying self-help materials that might help me implement the healthy changes I need to make.

When the time comes for my release from incarceration, it is my goal and my plan to continue to participate in recovery-based activities, such as addiction recovery meetings, fellowship with other addicts, personal reading and study for self-improvement, and therapy specific to people with my struggles. Another key element will be to keep myself occupied with wholesome activities to strengthen the positive changes I am making and to eliminate the idleness that tends to contribute to unproductive behaviors. Such activities will include responsible employment and engaging in the constructive hobbies that I have or will develop.

I can well understand that your determination as to the sentence you should impose on me is not easily made. I realize that there are many factors to consider, both legal and moral. I appreciate the time that you take to ensure that my sentence is fitting, sufficient, and fair. All that I can ask as you deliberate this difficult decision is that you consider the totality of me as a person. It is true that I have made some extremely poor choices, and I have to take responsibility for them and face the resulting consequences. I have also done a lot of good in my life and have tried to have a positive impact on people around me. I also have a genuine desire to improve myself and to overcome my addictions and internal struggles. As you decide the appropriate sentence for me, I humbly implore you to exercise any leniency that you may deem sensible, and to help me have the opportunities to better myself. Thank you for your time and consideration.

Respectfully,

Benjamin M. Roundy